

**SIGNED THIS 20th day of June, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rebecca B. Connelly*
_____
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| IN RE:  Stephen Gregory Gainer | CHAPTER        7 |
|---|---|
| | CASE NO.        23-50286 |

# O R D E R

The above-captioned matter is deficient in the following area(s):

√    The case filing fees have not been paid in the amount of $ 338.00.  You are required to pay the filing fee in full or file the proper motion to have the filing fee waived or paid in installments with the first installment payment.  Cases filed electronically are to be paid by debit or credit card.  Cases filed *pro se* must be paid by cash, cashier's check or money order only, payable to Clerk, U.S. Bankruptcy Court.

☐    A motion to Pay Filing Fee in Installments has been filed. The first installment payment in the amount of $      was not paid when the petition was filed. Cases filed electronically are to be paid by debit or credit card. Cases filed pro se must be paid by cash, cashier's check or money order only, payable to the Clerk, U.S. Bankruptcy Court.

☐    The attorney's name does not appear on the rolls as having been admitted to practice before this Court.  If non-resident counsel, you must associate with local counsel within **fourteen (14) days** and file with the Clerk evidence thereof and notice of entry as counsel of record pursuant to Local Rule 2090-1.

☐    The petition was filed without the appropriate signatures of the debtor(s) or counsel for debtor(s).

☐    Creditors have not been uploaded into the electronic case filing system as required by Local Rule 1007-2.  Adding creditors after the petition has been filed is considered an amendment. An amendment requires the filing of the official amendment form, payment of the amendment fee of Thirty-two dollars ($32.00), and certification that the attorney has mailed the §341 meeting notice to all creditors.

☐    Pro Se Debtors: A Mailing Matrix has not been filed with the petition in accordance with Local Rule 1007-2.  A matrix form filed after the petition is considered an amendment, and the amendment form, $32.00 filing fee, and certification that the §341 meeting notice has been mailed to all creditors is required.

☐    Pursuant to Local Rule 1002-1(B), any entity, as defined in 11 U.S.C. § 101(15), other than a person, must be represented at all times by an attorney who is a member in good standing of the Bar of this Court.

It is accordingly

**O R D E R E D**

that failure to cure said deficiency(ies) within fourteen (14) days from the date of this Order, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), may result in dismissal of the case, or sanctions being imposed, or such other remedy as the Court deems appropriate, without further notice or hearing.  The pleading, which is the subject of the deficiency referenced above, is deemed lodged with the Court and the Clerk is directed to take no further action with respect to it pending curing of the deficiency or dismissal of the case.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); filing party, trustee, and other parties as may be appropriate.

**END OF ORDER**

dropdedDis_021021